LAURA VERITY et al., Appellants, *v.* MAUD M. STERNBERGER et al., Respondents.

*Verity* v. *Sternberger,* 62 App. Div. 112, affirmed.
(Argued October 23, 1902; decided November 11, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1901, affirming a judgment entered in an action to foreclose a mortgage upon a decision of the court on trial at Special Term.

*James C. de La Mare* for appellants.

*Clifford Seasongood* and *Samuel Herriman* for respondents.

Judgment affirmed, with costs ; no opinion.

Concur : PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, HAIGHT, MARTIN and VANN, JJ.